# United States Court of Appeals for the Federal Circuit

---

December 4, 2020

## ERRATA

---

Appeal No. 2019-2395

**DILLINGER FRANCE S.A.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES, SSAB ENTERPRISES LLC, NUCOR CORPORATION,**

*Defendants-Appellees*

Decided:  December 3, 2020
Precedential Opinion

---

Please make the following change:

On page 2, line 19, "Defendant Dillinger" is changed to "Plaintiff Dillinger"